No. 899. DUGAN ET AL. *v.* RAGEN ET AL.;
No. 900. SMITH *v.* RAGEN, WARDEN;
No. 901. BONHAM *v.* RAGEN, WARDEN;
No. 902. STOCKEY *v.* RAGEN, WARDEN;
No. 903. SHELLING *v.* RAGEN, WARDEN;
No. 904. GUNTHER *v.* RAGEN, WARDEN;
No. 917. ANDERSON *v.* RAGEN, WARDEN;
No. 918. LULLO *v.* RAGEN, WARDEN;

738

No. 919. HOGMIRE v. RAGEN, WARDEN; and

No. 920. LASHBROOK v. SULLIVAN, DIRECTOR OF PUBLIC SAFETY. May 1, 1944. The petitions for writs of certiorari to the Supreme Court of Illinois are denied.